IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | Case No. 07-00395-01-CR-W-HFS |
| WILLIAM H. WHITE | ) | |
| Defendant. | ) | |

## ORDER

Defendant has filed a motion to suppress and dismiss and seeks an injunction (Doc. 24). Magistrate Judge Maughmer has submitted his report and recommendation (Doc. 37) urging, for reasons stated, the denial of the motion. Accused's response (Doc. 50) has now been filed and considered. I have examined the filings noted and conclude that the report and recommendation is sound, and is hereby ADOPTED. The motion to suppress and dismiss should be and is hereby DENIED.

It is SO ORDERED

/s/ Howard F. Sachs
HOWARD F. SACHS
UNITED STATES DISTRICT JUDGE

October  31 , 2008

Kansas City, Missouri